| | |
|---|---|
| PRISON LEGAL NEWS, a Washington corporation; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JOSEPH LEHMAN, in his official and individual capacities; et al., <br><br> Defendants - Appellants. | No. 03-35608 <br> D.C. No. CV-01-01911-RSL <br><br><br> **JUDGMENT** |

| | |
|---|---|
| PRISON LEGAL NEWS, a Washington corporation; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOSEPH LEHMAN, in his official and individual capacities; et al., <br><br> Defendants - Appellees. | No. 04-35185 <br> D.C. No. CV-01-01911-RSL <br><br><br> **JUDGMENT** |

Appeal from the United States District Court for the Western District of Washington (Seattle).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Western District of Washington (Seattle) and was duly submitted.

01-CV-01911-MAN

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered Tuesday, February 01, 2005

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 2 3 2005

by: Ruben Talavera
Deputy Clerk