UNITED STATES COURT OF APPEALS **FILED**

FOR THE NINTH CIRCUIT   APR 1 5 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PRISON LEGAL NEWS, a Washington corporation; et al., | No. 03-35608 (Consolidated with No. 04-35185) |
| Plaintiffs - Appellees, | D.C. No. CV-01-01911-RSL Western District of Washington, Seattle |
| v. | |
| JOSEPH LEHMAN, in his official and individual capacities; et al., | ORDER  |
| Defendants - Appellants. | APR 2 1 2005 AT SEATTLE CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON DEPUTY |

Before: ALARCÓN, W. FLETCHER, and RAWLINSON, Circuit Judges.

Defendants-Appellees' motion to withdraw and stay the mandate is

DENIED.



01-CV-01911-APPO