UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRISON LEGAL NEWS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH LEHMAN, *et al.*, <br><br> Defendants. | CASE NO. C01-1911L <br><br> SECOND ORDER REQUIRING SUBMISSION OF JOINT STATUS REPORT |

This matter comes before the Court on remand from the Ninth Circuit Court of Appeals.

All counsel and any pro se parties are directed to confer and provide the Court with a combined Joint Status Report (the "Report") by August 3, 2005. This conference shall be by direct and personal communication, whether that be a face-to-face meeting or a telephonic conference. The Report will be used to set a schedule for the prompt completion of the case following remand. It must contain the following information by corresponding paragraph numbers:

1. A statement of the nature and complexity of all remaining issues.
2. Whether any additional discovery is necessary and, if so, a proposed discovery plan that indicates:

SECOND ORDER REQUIRING SUBMISSION
OF JOINT STATUS REPORT - 1

      A.    The subjects on which discovery may be needed and whether discovery should be conducted in phases or be limited to or focused upon particular issues;

      B.    What changes should be made in the limitations on discovery imposed under the Federal and Local Civil Rules, and what other limitations should be imposed;

      C.    A statement of how discovery will be managed so as to minimize expense (*e.g.*, by foregoing or limiting depositions, exchanging documents informally, *etc.*);

      D.    Any other orders that should be entered by the Court under FRCP 26(c) or under Local Rule CR 16(b) and (c); and

      E.    The date by which the remainder of discovery can be completed.

3.    Whether the parties anticipate filing additional motions for summary judgment.

4.    Whether the parties agree that a full-time Magistrate Judge may conduct all proceedings, including trial and the entry of judgment, under 28 U.S.C. § 636(c) and Local Rule MJR 13.  Agreement in the Report will constitute the parties' consent to referral of the case to a full-time Magistrate Judge.

5.    Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.

6.    Any other suggestions for shortening or simplifying the case.

7.    The date the case will be ready for trial.

8.    The number of trial days required.

9.    The names, addresses, and telephone numbers of all trial counsel.

1  If the parties are unable to agree on any part of the Report, they may answer in
2 separate paragraphs.  No separate reports are to be filed.
3  The time for filing the Report may be extended only by Court order.  Any request
4 for extension should be made by telephone to Teri Roberts at 206-370-8810.
5  If the parties wish to have a status conference with the Court at any time during the
6 pendency of this action, they should notify Teri Roberts at 206-370-8810.
7  If settlement is achieved, counsel shall notify Kerry Lane, deputy clerk, at
8 206-370-8519.

10  A failure by any party to comply fully with this Order may result in the imposition
11 of sanctions.

13  DATED this 14th day of June, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

SECOND ORDER REQUIRING SUBMISSION
OF JOINT STATUS REPORT - 3