UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 13 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PRISON LEGAL NEWS, a Washington corporation; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JOSEPH LEHMAN, in his official and individual capacities; et al., <br><br> Defendants - Appellants. | Nos. 03-35608, 04-35185 <br><br> D.C. No. CV-01-01911-RSL <br> Western District of Washington, Seattle <br><br> ORDER |



JUN 16 2005

SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

Appellees' May 25, 2005 "Stipulation and Proposed Order Re: Attorneys Fees" is construed as a motion to withdraw appellees' motion for attorneys fees and bill of costs pursuant to the stipulation of the parties. So construed, the motion is granted. The motion for attorneys fees and the bill of costs filed on April 20, 2005, are withdrawn.

For the Court:

/s/ Steven Rosenberg

Steven Rosenberg
Staff Attorney/Deputy Clerk
9th Cir. Rule 27-7
General Orders/Appendix A

O:\AppComm\Fees, Clerk\2003\03-35608Pr\order.wpd

01-CV-01911-APPO